Nellie Burke Rilley, Respondent, v. Nicholas F. Walsh, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. ·

Samuel Maimes and Others, Respondents, v. W. J. Granberry and Others, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Richard Gale, Respondent, v. Henry Wagstaff Ryan and Others, Appellants.— Order, so far as appealed from, unanimously modified by permitting an examination as to the following matters: (1) The facts relating to the ownership of the capital stock of the defendant corporations by the defendants Ryan; (2) the facts concerning the position which the defendant Moses held in the defendant corporations; (3) the facts relating to the employment of the plaintiff by the defendants other than the defendant Moses; (4) the facts relating to the payment of compensation to the plaintiff by the defendants. The corporate defendants will be required to produce their books which may be necessary for the purpose of refreshing the recollection of the witnesses. If the books are needed by the witnesses for the purpose outlined, then the parts of the books which have been so used may be offered and received in evidence. Accordingly, the order, so far as appealed from, should be modified, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Pete Nigro, Appellant, v. Sensation Magazine, Inc., and Others, Respondents, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.